JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY ACOSTA,** | ) Case No. **5:12-cv-01852-SJO-SP** |
| | ) |
| Plaintiff, | ) **ORDER GRANTING** |
| | ) **STIPULATION RE DISMISSAL OF** |
| vs. | ) **ENTIRE   ACTION   AND   ALL** |
| | ) **PARTIES, WITH PREJUDICE** |
| **A.R.M. SOLUTIONS, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court has reviewed the Stipulation of Plaintiff TONY ACOSTA and Defendant A.R.M. SOLUTIONS, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a) (1).

IT IS SO ORDERED

January 30, 2013.

DATED: _____     _____

UNITED STATES DISTRICT JUDGE

Proposed Order Granting Stipulation Re Dismiss - 1